IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02119-BNB

ANDRE J. TWITTY,

    Applicant,

v.

RONNIE WILEY,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 7 2008

GREGORY C. LANGHAM
                CLERK

_____

## ORDER OF DISMISSAL

_____

Applicant, Andre J. Twitty, is in the custody of the United States Bureau of

Prisons and currently is incarcerated at the United States Penitentiary, Administrative

Maximum, in Florence, Colorado. He attempted to initiate this action by submitting **pro**

**se** documents titled "Motion to Reverse Illegal Conviction, Judgment Void Lack of

Subject Matter, Want of Jurisdiction Brief in Support," and "Motion to Vacate Illegal

Conviction, Judgment Void, Want of Jurisdiction, Recusal of Judge(s) Weinshienk

Boland Pursuant to 28 USC § 144, 455(a), Brief in Support." He failed to file an

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay

the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

In an order filed on October 1, 2008, Magistrate Boyd N. Boland ordered Mr.

Twitty to cure certain enumerated deficiencies in this case within thirty days.

Specifically, Mr. Twitty was directed either to pay the $5.00 filing fee or to submit a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the proper, Court-approved form. He also was directed to submit on the proper, Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

On October 22, 2008, in response to the October 1, 2008, order to cure, Mr. Twitty submitted on the proper, Court-approved forms an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. He also submitted a brief in support of his § 1915 motion. However, he failed within the time allowed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." Rule 1(b) of the Section 2254 Rules applies the rules to other habeas corpus applications. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes the requirement for a certified copy of an inmate's trust fund account statement. The October 1, 2008, order warned Mr. Twitty that if he failed to cure the designated deficiencies within the time allowed, the application and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 14 day of _____ Nov. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-02119-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the
above-named individuals on ___11|17|08___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk