IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02119-ZLW

ANDRE J. TWITTY,

    Applicant,

v.

RONNIE WILEY,

    Respondent.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Andre J. Twitty, filed *pro se* on December 8, 2008, a motion titled "To Re-open Above Title [sic] Action Pursuant to Rule 60(b)(3)[, (b)](6) Due to Fraud Upon the Court by This Court Brief in Support" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on November 17, 2008. The Court must construe the motion to reconsider liberally because Mr. Twitty is proceeding *pro se*. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Twitty's motion to reconsider in this action, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See **Massengale v. Oklahoma Bd. of Examiners in Optometry**,* 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice because Mr. Twitty failed, within the time allowed, to cure all the deficiencies designated in the order to cure filed on October 1, 2008. He specifically failed within the time allowed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The Court has rechecked the docketing records in this action and no certified copy of Mr. Twitty's account statement was submitted prior to the November 17, 2008, dismissal order and judgment, despite Mr. Twitty's allegations to the contrary. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Twitty fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "To Re-open Above Title [sic] Action Pursuant to Rule 60(b)(3)[, (b)](6) Due to Fraud Upon the Court by This Court Brief in Support"

that Applicant, Andre J. Twitty, filed *pro se* on December 8, 2008, and which the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 12 day of Dec., 2008.

BY THE COURT:

*signature*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02119-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/15/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk